UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ***VSM GROUP AKTIEBOLAG,*** | ) | CIVIL ACTION NO. 1:05 CV 02029 |
| | ) | |
| | ) | JUDGE KATHLEEN M. O'MALLEY |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ***JANOME AMERICA, INC.,*** | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff hereby dismisses this action without prejudice. Each party will bear its own costs.

Dated: December 6, 2005

By: /Raymond Rundelli
Raymond Rundelli (#0030778)
CALFEE, HALTER & GRISWOLD, LLP
800 Superior Avenue
Suite 1400
Cleveland, Ohio 44114-2688
(216) 622-8854
(216) 241-0816 (fax)
rrundelli@calfee.com

Attorneys for Plaintiff

GRANTED: ✓
DENIED: ___
K. M. O'Malley
U.S. District Judge
12-13-05